IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CLARENCE H. NELSON, JR., )
)
Plaintiff, )
)
v. ) CIVIL NO. 3:11cv512-HEH
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

## FINAL ORDER
(Adopting Report and Recommendation of the Magistrate Judge)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on July 31, 2012 (ECF No. 12). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 12) is ACCEPTED and ADOPTED as the OPINION of the Court;

(2) Plaintiff's Motion for Summary Judgment (ECF No. 6) is DENIED;

(3) Defendant's Motion for Summary Judgment (ECF No. 10) is GRANTED;

(4) This case is hereby AFFIRMED; and

(5) This case is CLOSED.

The Clerk is directed to send a copy of this Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia

Date: Aus 16, 2012

/s/
Henry E. Hudson
United States District Judge